WAYNE KLEIN (#3819)
Assistant Attorney General
MARK L. SHURTLEFF (#4666)
Utah Attorney General
Attorneys for State of Utah
160 East 300 South, 5th Floor
Box 140872
Salt Lake City, UT 84114-0872
Telephone (801) 366-0358
Facsimile (801) 366-0315

FILED
16 FEB 01 PM 4:29

## UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KENNECOTT UTAH COPPER CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NUCOR CORPORATION, a Delaware Corporation; GS INDUSTRIES, INC., a Delaware Coproation; GS INDUSTRIES dba GST STEEL COMPANY, a Delaware Corporation, MOLY-COP CHILE, S.A., a foreign corporation,<br><br>Defendants. | **MOTION FOR CONSOLIDATION**<br><br><br>Civil No. 2:01 CV 0062C<br><br>Judge Tena Campbell |

Pursuant to Rule 42(a), F.R.C.P., the State of Utah hereby moves to consolidate, before this Court, a separate lawsuit filed by the State of Utah involving the same defendants and the same issues as involved in this case.

The case for which consolidation is sought is 2:01CV0106, brought by the State of Utah



against the same defendants. The State of Utah's case, filed February 13, 2001, has been initially assigned to Judge Greene.

This motion is supported by the accompanying Memorandum in Support.

DATED This **19TH** day of February, 2001

                                  MARK L. SHURTLEFF
                                  Attorney General of Utah
                                  R. WAYNE KLEIN
                                  Assistant Attorney General

By: *Wayne Klein*
       Wayne Klein
       Attorneys for Plaintiff
       THE STATE OF UTAH

## SO ORDERED

*Tena Campbell*
**TENA CAMPBELL**
United States District Judge

Date  3-13-200_

2

                                                                    alt
                      United States District Court
                              for the
                         District of Utah
                        March 13, 2001


           * * CERTIFICATE OF SERVICE OF CLERK * *


Re:   2:01-cv-00106


True and correct copies of the attached were either mailed or faxed by the
clerk to the following:

    R. Wayne Klein, Esq.
    UTAH ATTORNEY GENERAL'S OFFICE
    160 E 300 S
    PO BOX 140872
    SALT LAKE CITY, UT  84114-0872
    JFAX 9,3660315

    Brent O. Hatch, Esq.
    HATCH & JAMES
    10 W BROADWAY STE 400
    SALT LAKE CITY, UT  84101
    JFAX 9,3636666